# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**ERIC LARSON**,

                Plaintiff(s),

v.

**WISCONSIN CENTRAL LTD.**,

                Defendant(s).

**RULE 16 TELEPHONE SCHEDULING CONFERENCE**

Case No. 10-C-446

---

HONORABLE WILLIAM C. GRIESBACH, presiding
Deputy Clerk: Terri
Proceeding Held: September 3, 2010

Tape: N/A
Hearing Began: 9:03 a.m.
Hearing Ended: 9:17 a.m.

**Appearances:**

    **Plaintiff(s):** James L. Farina

    **Defendant(s):** Kristin L. Bevil

---

**Scheduling:**

| | |
|---|---|
| Initial Disclosures: | 09/28/2010 |
| Amended Pleadings: | 12/31/2010 |
| Expert Disclosure (Plaintiff): | 06/30/2011 |
| Expert Disclosure (Defendant): | 08/30/2011 |
| Discovery: | 11/30/2011 |
| Dispositive Motions: | 12/15/2011 |
| Final Pretrial Conference: | 01/27/2012 at 11:00 a.m. |
| ☒ Jury Trial ☐ Court Trial: | 02/13/2012 at 8:30 a.m. |
| Trial Estimate: | 5 days |
| ☐ TC ☐ SC ☐ HRG set for: | |

☒ Dates entered on court calendar

---

The court waives the requirement for reports from treating physicians under Civil L.R. 26(b)(1)(B), subject to the treating physician's submission of all medical reports. Treating physicians must provide a short report for any opinions they will offer that are not set forth in the medical records submitted. The court will allow videotape depositions of treating physicians.